**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00776-CV

### KSADD, LLC, Appellant

### V.

### JOAN WILLIAMS, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03455-D**

## ORDER

We **GRANT** appellant's November 13, 2015 motion for an extension of time to file a

reply brief. Appellant shall file a reply brief by **DECEMBER 4, 2015**.


/s/     ELIZABETH LANG-MIERS
        JUSTICE